# In the United States Court of Federal Claims

No. 24-2096T
(Filed: June 11, 2026)

**NORTHEAST HEALTH SERVICES, LLC,**

*Plaintiff,*

v.

**UNITED STATES,**

*Defendant.*

## ORDER

On May 27, 2026, the Clerk of Court filed the transcript of oral argument conducted on May 19, 2026. ECF 28. In reviewing the transcript, the following typographical and administrative errors were identified by the Court:

- P. 9 line 10: "ketamine" should be "esketamine"
- P. 28 line 4: "ketamine" should be "esketamine"
- P. 38 line 7: Change the period to a question mark

Accordingly,

(1) The Clerk of Court is directed to **FORWARD** to the Court Reporter the transcript for the oral argument conducted on May 19, 2026 (ECF 28); and

(2) The corrected transcript shall be **REFILED** as corrected.

It is so **ORDERED**.

s/ Armando O. Bonilla
Armando O. Bonilla
Judge